UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.B. et al.

        Plaintiffs-Appellants,

-against-　　　　　　　　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　25-cv-1090 (AS)
New York City Department of Education,
        Defendant-Appellee.

---

    IT IS HEREBY ORDERED that the Office of State Review of the New York State Education Department shall provide a certified copy of the administrative record in Office of State Review Appeal No. 24-318 to counsel for Plaintiffs, Jesse Cole Cutler, Skyer & Associates, L.L.P., 142 Joralemon Street, Suite 1120, Brooklyn, NY 11201; and

    IT IS FURTHER ORDERED that upon receipt of the certified record from the Office of State Review, Plaintiffs' counsel shall provide a copy of such record to counsel for the Defendant, and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

    SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

DATED:　　New York, New York
　　　　　　May ____, 2025