```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.B., et al.,

                **Plaintiffs,**

-against-

City School District of the City of New York,

                **Defendant.**

1:25-cv-01090 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties consented to the jurisdiction of the undersigned on May 13, 2025. (ECF No. 8.) All future correspondence with the Court shall be addressed to Judge Aaron. On May 15, 2025, the parties filed a joint Letter Motion. (Letter Motion, ECF No. 9.) The parties' Letter Motion is GRANTED. It is hereby ORDERED as follows:

1. The Office of State Review of the New York State Education Department shall provide a certified copy of the administrative record in Office of State Review Appeal No. 24-318 to counsel for Plaintiffs, Jesse Cole Cutler, Skyer & Associates, L.L.P., 142 Joralemon Street, Suite 1120, Brooklyn, NY 11201.

2. Upon receipt of the certified record from the Office of State Review, Plaintiffs' counsel shall provide a copy of such record to counsel for the Defendant, and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

3. The Initial Pretrial Conference currently scheduled for May 19, 2025 is adjourned *sine die*.

4. Plaintiffs' counsel shall forward a copy of this Order to Defendant's counsel. Defendant's counsel shall file a notice of appearance to the ECF docket no later than May 22, 2025.

5. The parties shall cite directly to the certified record in lieu of filing Rule 56.1 statements for the anticipated cross-motions for summary judgment.

6. The briefing schedule for the anticipated cross-motions for summary judgment is as follows:

June 23, 2025: Plaintiffs shall file their motion for summary judgment.

July 28, 2025: Defendant shall file its opposition and cross-motion for summary judgment.

August 11, 2025: Plaintiffs shall file their reply and opposition to Defendant's cross-motion.

August 25, 2025: Defendant shall file its reply.

**SO ORDERED.**

Dated: New York, New York
May 15, 2025

_____
STEWART D. AARON
United States Magistrate Judge