UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

M.B. and J.B., individually and on behalf of E.B.,

|  |  |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | 25-cv-1090 (AS) |
| City School District of the City of New York, d/b/a/ the New York City Department of Education, | |
| Defendant. | |

-------------------------------------------------------------------- x

Please enter the appearance of the undersigned in the above-captioned action, as lead attorney and attorney to be noticed, on behalf of Defendant City School District of the City of New York, d/b/a/ the New York City Department of Education.

Dated:    May 16, 2025
          New York, New York

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
  City of New York
*Attorney for Defendant*
100 Church Street
New York, New York 10007
Office: (212) 356-2079
jvyas@law.nyc.gov

By:    _____
       Jaimini Vyas
       Assistant Corporation Counsel

cc:    Plaintiff's counsel (via ECF)