

June 17, 2025

**APPLICATION GRANTED**

Hon. Stewart D. Aaron, U.S.M.J.

Dated: June 18, 2025

<u>**VIA ECF**</u>

Hon. Stewart D. Aaron
United States Magistrate Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

THE LAW OFFICES OF REGINA SKYER
AND ASSOCIATES, L.L.P.

REGINA SKYER, ESQ
JESSE C  CUTLER, ESQ
GREGORY CANGIANO, ESQ
DIANA GERSTEN, ESQ

ALEXANDRA ABEND, ESQ
THOMAS BEAM, ESQ
STEPHANIE BORCHERT, ESQ
CAITRIONA CAREY, ESQ
SONIA M  CASTRO, ESQ
JAIME CHLUPSA, ESQ
JACQUELINE DEVORE, ESQ
LINDA GOLDMAN, ESQ
TERI HOROWITZ, ESQ
KERRY M  MCGRATH, ESQ
HEATHER MENDEZ, ESQ
WILLIAM M  MEYER, ESQ
DANIEL MORGENROTH, ESQ
TIMOTHY S  NELSON, ESQ
MARY PARK, ESQ
RICKI PARKS, ESQ
LAUREN RABINOWITZ, ESQ

Re:  <u>M.B. et al v. City School District of the City of New
York.</u>, 25-cv-1090 (AS)

Dear Magistrate Judge Aaron:

This Office represents Plaintiffs *M.B. et al* in a the above referenced action seeking review of the decision of a State Review Officer.

On May 15, 2025, Your Honor So Ordered a Briefing Schedule for the submission of Motions for Summary Judgment (Docket No. 10). I write to respectfully request a three-week adjournment of the current briefing schedule in this matter.

I have conferred with Jaimini Vyas, Esq., Counsel for Defendant, who graciously consents to this request. This is the first such request for an extension of time in this matter.

The current briefing schedule is as follows:

| | |
|---|---|
| June 23, 2025: | Plaintiff to file their motion for summary judgement |
| July 28, 2025: | Defendants to file their opposition and cross-motion for summary judgement |
| August 11, 2025: | Plaintiffs to file their reply and opposition to Defendants' cross-motion |
| August 25, 2025: | Defendants to file their reply |

142 JORALEMON STREET
SUITE 1120
BROOKLYN, NY 11201

TEL  212-532-9736
FAX  212-532-9846

SKYERLAW.COM



The new dates proposed are as follows:

| | |
|---|---|
| July 14, 2025: | Plaintiff to file their motion for summary judgement |
| August 18, 2025: | Defendants to file their opposition and cross-motion for summary judgement |
| September 2, 2025: | Plaintiffs to file their reply and opposition to Defendants' cross-motion |
| September 15, 2025: | Defendants to file their reply |

Thank you for your consideration of this proposal and request.

Respectfully submitted,

Jesse Cole Cutler

Skyer & Associates, LLP
*Attorneys for Plaintiffs*
142 Joralemon Street, Suite 1120
Brooklyn, NY 11201
(212) 532-9736
jcutler@skyerlaw.com

cc:    Defendant's counsel (via ECF)