UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.B., et al.,<br><br>                              Plaintiffs,<br><br>-against-<br><br>City School District of the City of New York d/b/a New York City Department of Education,<br><br>                              Defendant. | 1:25-cv-01090 (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Thursday, July 24, 2025, at 2:30 p.m. to address the pending motion for summary judgment. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:      New York, New York
              July 17, 2025

                                                            _____
                                                              STEWART D. AARON
                                                               United States Magistrate Judge