UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.B., et al.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>City School District of the City of New York d/b/a New York City Department of Education,<br><br>                      Defendant. | 1:25-cv-01090 (SDA)<br><br><u>ORDER</u> |

**STEWART D. AARON, United States Magistrate Judge:**

        Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that Plaintiffs' motion for summary judgment (Mot., ECF No. 17) is DENIED WITHOUT PREJUDICE. No later than August 29, 2025, Plaintiffs shall file the certified administrative record ("CAR") and shall re-file their Motion and accompanying memorandum (with citations to specific page numbers of the CAR). In the event that the CAR has not been received in sufficient time for Plaintiffs to comply with this Order, Plaintiffs shall seek an extension of time from the Court. In addition, Plaintiffs and Defendant shall meet and confer regarding an agreed-upon schedule with respect to Plaintiffs' renewed summary judgment motion and shall include such schedule in the notice of motion.

SO ORDERED.

Dated:      New York, New York
               July 24, 2025

                                                                                  _____
                                                                                  STEWART D. AARON
                                                                                  United States Magistrate Judge