**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
M.B., ET AL.,

|                  Plaintiffs, | 25 **CIVIL** 01090 (SDA) |

-against-

**JUDGMENT**

CITY SCHOOL DISTRICT OF THE CITY OF NEW
 YORK,.

                  Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 26, 2026, Plaintiffs' motion for summary

judgment is DENIED and Defendant's cross-motion for summary judgment is GRANTED.

Accordingly, the case is closed.

**Dated:**  New York, New York

         March 27, 2026

                              **TAMMI M. HELLWIG**

                              _____
                              **Clerk of Court**

         **BY:**

                              _____
                              **Deputy Clerk**